DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOEL WERTHEIMER, M.D.,**
Appellant/Cross-Appellee,

v.

**TLC RECOVERY CENTER OF SOUTH FLORIDA, LLC,**
Appellee/Cross-Appellant.

No. 4D2025-0937

[August 6, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. 062023CA000162AXXXCE.

Keith D. Silverstein of Keith D. Silverstein, P.A., Miami, for appellant/cross-appellee.

Joseph Goldglantz and David Mannering of Gold Litigation, P.A., Dania, for appellee/cross-appellant.

PER CURIAM.

*Affirmed.*

MAY, GERBER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***